AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

### Eastern Division

**CRAIG MORRIS,**

                    **Petitioner,**

                                        **JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, NOBLE**                   **CASE NO.  C2-09-805**
**CORRECTIONAL INSTITUTION,**       **JUDGE EDMUND A. SARGUS, JR.**
                                    **MAGISTRATE JUDGE NORAH MCCANN KING**
                    **Respondent.**


\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

         **Pursuant to the OPINION AND ORDER filed October 18, 2010, JUDGMENT is hereby entered DISMISSING this action.**


Date: October 18, 2010                          JAMES BONINI, CLERK


                                        _/S/ Andy F. Quisumbing_____
                                        (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk